IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Jacobson, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Peter Piper Pizza, Inc.<br><br>Defendant. | No. CV 16-596-TUC-JAS (LCK)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Kimmins. In the Report and Recommendation, Magistrate Judge Kimmins recommends granting Defendant's motion to dismiss. As the Court finds that the Report and Recommendation appropriately resolved the motion to dismiss, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Kimmins' Report and Recommendation (Doc. 31) is accepted and adopted.

(2) Defendant's motion to dismiss is granted.

(3) This case is dismissed without prejudice. The Clerk of the Court shall enter judgment

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

and close the file in this case.

DATED this 3rd day of August, 2018.

James A. Soto
United States District Judge